JOHN W. HUBER, United States Attorney (No. 7226)
ISAAC C. WORKMAN, Assistant United States Attorney (14031)
DEE W. SMITH, Special Assistant United States Attorney (8688)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 APR 17 A 11: 39

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELITE FLORINDA MAES,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATION:<br><br>COUNT 1: 21 U.S.C. § 841(a)(1), Possession of a Controlled Substance with Intent to Distribute.<br><br>Case: 1:19-cr-00041<br>Assigned To : Waddoups, Clark<br>Assign. Date : 4/17/2019<br>Description: USA v Maes |

The Grand Jury charges:

### COUNT I
### 21 U.S.C. § 841(a)(1)
**Possession of Methamphetamine with Intent to Distribute**

On or about January 15, 2019, in the Northern Division of the District of Utah,

**DELITE FLORINDA MAES,**

the defendant herein, did knowingly possess a controlled substance with intent to

distribute, 5 grams or more of methamphetamine (actual), a schedule II controlled

substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
DEE W. SMITH
Special Assistant United States Attorney