RECEIVED CLERK
AUG 28 2020
U.S. DISTRICT COURT

Dear Honorable Judge Clark Waddoups,

Comes now, Delite F. Mars, DOB: 03/05/1988, Federal No.: 26126081, on this 24th day of 2020. On or around the month of December, 2019, I was sentenced to 49 months prison and the RDAP program. Since sentencing, I have served out time at both the Weber County Correctional Facility (WCCF) (where I am at currently awaiting a Federal flight) and the Utah State Prison. The Coronavirus has caused several problems and health risks at all correctional facilities throughout America and it is my hope you consider an alternative route to confinement.

Prior to prison, I took advantage of every program offered at WCCF in order to better myself. I completed the WARP and Why Try programs. Since the COVID-19 pandemic all programs have seized. This includes high school, addiction recovery and any vocational training. To my understanding, programs have discontinued at Federal Prisons as well. This has been very discouraging as programs play a huge role into the reintegration of society.

In addition, the Coronavirus poses a severe health risk to inmates. It is our constitutional right to be safe while housed in them. Currently, a pending lawsuit at WCCF has been filed alleging our right to be safe while housed in it. Does this not apply to all correctional facilities? Your Honor, I feel it is a danger and waste of valuable time for me to be incarcerated at this time and pray you will consider these alternative options to imprisonment.

One alternative to confinement is ankle-monitor and or home confinement. Here I am allowed to attend schooling online; therefore, furthering my education, while obtaining a GED. Education is known to be a significant factor towards lowering recidivism. I could also look into attending online treatment. Another route could be programming. Programs I have heard of are Odyssey House, DORA, or Alpha Counseling. This provides me with the opportunity to work on myself and addresses the root of the problem. Treatment has shown to be an effective form of rehabilitation.

The last option I would like you to consider is a halfway house. This allows me to continue building support systems, especially with my family. I would be granted home visits. Furthermore, the work would build a strong foundation and structure for better transitioning into society. If I have to complete my time in a federal facility, I'd rather serve it at a halfway house.

Your Honor, due to the detrimental aspects of the virus, I would like you to take into consideration alternatives to prison. Again, programming has stopped, health risks increased, and personal growth is at a huge disadvantage. I would like my 49 months to be spent building support systems, structure for reintegration. Your Honor, I pray that you consider these alternatives and grant me this humble request. Please stay healthy and safe.

Sincerely Yours,

Delite Maes

Delite F. Maes